UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN BELL #620515 | CIVIL ACTION NO. 6:19-CV-01419 SEC P |
| VERSUS | JUDGE JUNEAU |
| STATE OF LOUISIANA | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED and DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of February, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE